IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-363-GCM

| | |
|---|---|
| **PROSPERITY VILLAGE TOWNHOME,** *et al*, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | **ORDER** |
| **STATE FARM FIRE AND CASUALTY CO.,** ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Scott Hunziker,** filed September 3, 2013 [doc.# 9].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Hunziker is admitted to appear before this court *pro hac vice* on behalf of plaintiffs, Prosperity Village Townhome, et al.

**IT IS SO ORDERED.**

Signed: September 6, 2013

Graham C. Mullen
United States District Judge