# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Prosperity Village Townhome Association, Inc. and Prosperity Village Homeowners Association, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:13-cv-00363-GCM |
| vs. | |
| State Farm Fire and Casualty Company, Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Jury Verdict and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's Verdict entered on November 5, 2014.

November 6, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court